**2014–1998. State v. Sluss.**
Highland App. No. 13CA24. On motion for delayed appeal. Motion granted.
O'CONNOR, C.J., and O'DONNELL and FRENCH, JJ., dissent.

**2014–2003. State v. Webb.**
Richland App. No. 13CA84, 2013-Ohio-5616. On motion for delayed appeal. Motion denied.
O'NEILL, J., dissents.

**2014–2006. State v. Gibson.**
Cuyahoga App. No. 98725, 2013-Ohio-4372. On motion for delayed appeal. Motion denied.

**2014–2007. State v. Nesser.**
Clark App. No. 2013 CA 21, 2014-Ohio-1978. On motion for delayed appeal. Motion denied.

**2014–2028. State v. Martin.**
Montgomery App. No. 26033, 2014-Ohio-3640. On review of order certifying a conflict. The court determines that a conflict exists. The parties are to brief the issue stated at page 6 of the court of appeals' entry filed November 6, 2014:
"With respect to R.C. 2907.323(A)(1), which proscribes the creation or production of nudity-oriented material involving a minor, which definition of nudity applies: the statutory definition (R.C. 2907.01(H)), or the narrower definition set forth in *State v. Young*, 37 Ohio St.3d 249, 525 N.E.2d 1363, which requires additional elements of 'lewd depiction' and 'graphic focus on the genitals?'"
PFEIFER and O'DONNELL, JJ., dissent.
The conflict case is *State v. Graves*, 184 Ohio App.3d 39, 2009-Ohio-974, 919 N.E.2d 753.

**2014–2029. State v. Wooten.**
Lorain App. No. 13CA010510, 2014-Ohio-3980. On motion for delayed appeal. Motion denied.
LANZINGER, KENNEDY, and O'NEILL, JJ., dissent.

**2014–2036. In re Messer.**
Certified Question of State Law, United States Bankruptcy Court, Southern District of Ohio, Eastern Division, No. 13–57467, Adversary Proceeding No. 13–02448. On review of preliminary memorandum pursuant to S.Ct.Prac.R. 9.05. The court will answer the following questions:
"1. Does O.R.C § 1301.401 apply to all recorded mortgages in Ohio?
2. Does O.R.C. § 1301.401 act to provide constructive notice to the world of a recorded mortgage that was deficiently executed under O.R.C. § 5301.01?"
Petitioner shall file its merit brief within 40 days and the parties shall otherwise proceed in accordance with S.Ct.Prac.R. 16.02 through 16.04 and S.Ct.Prac.R. 9.07.
O'DONNELL and KENNEDY, JJ., would answer only the first question.

**2014–2044. State v. Harris.**
Cuyahoga App. No. 101371. On motion for delayed appeal. Motion denied.
O'NEILL, J., dissents.

**2014–2049. State v. Moore.**
Cuyahoga App. No. 99788, 2014-Ohio-5135. On motion for stay of court of appeals' judgment. Motion denied.
O'CONNOR, C.J., and O'DONNELL and KENNEDY, JJ., dissent.

**2014–2052. State v. Jackson.**
Cuyahoga App. No. 100877, 2014-Ohio-5137. On motion for stay of court of appeals' judgment. Motion granted.
PFEIFER, FRENCH, and O'NEILL, JJ., dissent.